**Pam Bassel**
**Chapter 13 Standing Trustee**
**7001 Blvd 26, Ste 150**
**North Richland Hills, TX 76180**
**Telephone: (817) 916-4710**
**Facsimile: (817) 916-4770**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **IN RE:** **BRINDA SHED** | **Case No: 17-43898-MXM** |
| | **Prehearing Date: June 01, 2018** |
| **Debtor** | |

## NOTICE OF PRE-HEARING CONFERENCE AND HEARING ON "TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)"

TO ALL PARTIES IN INTEREST:

A Pre-Hearing Conference with the Chapter 13 Trustee concerning the attached Trustee's Recommendation Concerning Claims and Plan Modification (If Required)("TRCC") will be held at **8:30 AM** on **June 01, 2018** at **7001 Blvd 26, Suite 150, North Richland Hills, TX 76180**.

If any objections to the TRCC are not resolved or defaulted at the Pre-Hearing Conference then this matter will be called at the docket call to be held at **8:30 AM** on **June 21, 2018** at U.S. Courthouse, 10th and Lamar Streets, Room 128, Fort Worth, TX, with the hearing on the matter immediately following the conclusion of docket call.

Pursuant to the Standing Order Concerning All Chapter 13 Cases ("General Order"), unless an objection is timely filed as to the treatment of any claim or to the plan modification, if any, the claim will be treated as described in the TRCC and the modification (if any) will be approved and such treatment and/or plan modification will be final and binding on all parties, unless Section 502(j) of the Bankruptcy Code applies.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN MAY 25, 2018.

| | |
|---|---|
| DEBTOR: | BRINDA SHED, 8209 Summer Stream Dr 9100 Poynter R, Fort Worth, TX 76134 |
| DEBTOR'S ATTORNEY: | SIMS LAW PLLC, 5601 BRIDGE ST SUITE 300, FORT WORTH, TX 76112 |
| COURT: | CLERK'S OFFICE, US BANKRUPTCY COURT, 128 U.S. COURTHOUSE, 10TH & LAMAR ST, FT. WORTH, TX 76102 |
| TRUSTEE: | TRUSTEE'S OFFICE, 7001 Blvd 26, Ste 150, North Richland Hills, TX 76180 |

/s/ Pam Bassel
Pam Bassel, Trustee/State Bar # 01344800

CASE NO: 17-43898-MXM
BRINDA SHED
Trustee's Recommendation Concerning Claims and Plan Modification (if required)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the "Notice of Pre-Hearing Conference and Hearing on Trustee's Recommendation Concerning Claims and Plan Modification (If Required)" along with a copy of the "Trustee's Recommendation Concerning Claims and Plan Modification (If Required)" was served on the following parties at the address listed below by the United States First Class Mail or via electronic mail.

/s/ Pam Bassel

DEBTOR: BRINDA SHED, 8209 Summer Stream Dr 9100 Poynter R, Fort Worth, TX 76134
ATTORNEY: SIMS LAW PLLC, 5601 BRIDGE ST SUITE 300, FORT WORTH, TX 76112

CREDITORS:

Ad Astra Recovery, 7330 W 33rd St Ste 118, Wichita, KS 67205-0000

ADT Security, P.O.Box 650485, Dallas, TX 75265

Advance America, 3513 Sycamore School Rd. #133, Fort Worth, TX 76133-0000

Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0000

ALLY FINANCIAL PPC, GMAC\NUVELL\NAT AUTO FIN\AM SUZUKI, PO BOX 78367, PHOENIX, AZ 85062-0000

ALLY FINANCIAL SERVICES, GMAC\NUVELL\NAT AUTO FIN\AM SUZUKI, PO BOX 130424, ROSEVILLE, MN 55113

BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP, 4004 BELT LINE RD STE 100, ADDISON, TX 75001-0000

BROOKWOOD LOANS OF TEXAS LLC, PO BOX 5970, ALPHARETTA, GA 30023-0000

Brookwoodloan, 3440 Preston Ridge Rd, Alpharetta, GA 30005-0000

Capital One, Attn: Bankruptcy, PO Box 30253, Salt Lake City, UT 84130-0000

CHECK INTO CASH, PO BOX 550, CLEVELAND, TN 37364

CMA Management, 1800 Preston Park Blvd. Suite 101, Plano, TX 75093-0000

Comenity Bank/Avenue, PO Box 182125, Columbus, OH 43218-0000

CONN APPLIANCE INC, C/O BECKET & LEE, PO BOX 3002 DEPT CONNS, MALVERN, PA 19355-0000

CONNS CREDIT CORP, 3295 COLLEGE ST, BEAUMONT, TX 77701-0000

Credit One Bank Na, PO Box 98873, Las Vegas, NV 89193-0000

Credit Systems International, Inc, 1277 Country Club Lane, Fort Worth, TX 76112-0000

CROWLEY ISD, C/O PERDUE BRANDON FIELDER COLLINS & MOTT, 500 E BORDER ST STE 640, ARLINGTON, TX 76010-0000

FINGERHUT, 6250 RIDGEWOOD RD, ST CLOUD, MN 56303-0000

INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101

Keith Lowery, 1128 Oxford Dr, Desoto, TX 75115-0000

LEVEL FINANCIAL LLC, PO BOX 3023, ATTN:BANKRUPTCY DEPT, HUTCHINSON, KS 67504-0000

LINEBARGER GOGGAN BLAIR AND SAMPSON, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207-0000

MAIN FINANCE SERVICE, PO BOX 3970, DALLAS, TX 75208-0000

MODEL FINANCE CO, C/O CAPITAL RECOVERY GROUP, PO BOX 64090, TUCSON, AZ 85728-0000

MODEL FINANCE CO, C/O CAPITAL RECOVERY GROUP, BIN#920074 PO BOX 29425, PHOENIX, AZ 85038-0000

Model Finance Company, 1068 W Town And Country, Orange, CA 92868-0000

NATIONAL CREDIT ADJUSTERS, PO BOX 3023, HUTCHINSON, KS 67504

National Credit Adjusters, Llc, 327 W 4th Ave, PO Box 3023, Hutchinson, KS 67504-0000

North American Credit Services, PO Box 182221, Chattanooga, TN 37422-0000

ONEMAIN, PO BOX 1010, EVANSVILLE, IN 47706-0000

PERDUE BRACKETT FLORES UTT & BURNS, JV, C/O PBFC&M, LLP, 500 E BORDER ST STE 640, ARLINGTON, TX 76010-0000

Power Finance, 1303 N Collins, Ste 417, Arlington, TX 76011-0000

PRA RECEIVABLES MGMT, LLC, PO BOX 12914, NORFOLK, VA 23541-0000

PRA RECEIVABLES MGMT. LLC, PO BOX 41067, NORFOLK, VA 23541-0000

Pro Collect, Inc, 12170 N. Abrams Rd, Ste 100, Dallas, TX 75243-0000

Professional Finance Co, Attn: Bankruptcy, PO Box 1686, Greeley, CO 80632-0000

CREDITORS: (cont'd.)

QUANTUM3 GROUP LLC, PO BOX 788, KIRKLAND, WA 98083***

RON WRIGHT, TARRANT COUNTY TAX COLLECTOR, 100 E WEATHERFORD STREET, FORT WORTH, TX 76196

Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-0000

T-Mobile, P.O. Box 37380, Albuquerque, NM 87176

Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-0000

TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 2777 N STEMMONS FREEWAY STE 1000, DALLAS, TX 75207-0000

TD BANK USA NA, C/O WEINSTEIN AND RILEY PS, PO BOX 3978, SEATTLE, WA 98124-0000

TD BANK USA, N.A., C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVE. STE 400, SEATTLE, WA 98121-0000

TeleCheck Services, Inc., Attention: Bankruptcy Department, P.O. Box 4451, Houston, Texas, 77210-4451, Houston, Texas, 77210

TEXAS WORKFORCE COMMISSION, TAX DEPT COLLECTION FKA TEC, 101 E 15TH ST, RM 556-A, AUSTIN, TX 78778-0000

United Revenue Corp, 204 Billings St, Suite 120, Arlington, TX 76010-0000

Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-0000

US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708

US DEPT OF EDUCATION, PO BOX 790321, ST LOUIS, MO 63197

WELLS FARGO BANK, DEFAULT DOC PROCESSING N9286-01Y, 1000 BLUE GENTIAN RD, EAGAN, MN 55121

WELLS FARGO BANK - UCI EFT, 7000 VISTA DR, WEST DES MOINES, IA 50266-0000

Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701-0000

***Address on record invalid for recipient -- no document mailed to this party.

Date: April 13, 2018                    By: /s/ Pam Bassel

CASE NO: 17-43898-MXM
BRINDA SHED
Trustee's Recommendation Concerning Claims and Plan Modification (if required)

Page 4

**Pam Bassel**
**Chapter 13 Standing Trustee**
**7001 Blvd 26, Ste 150**
**North Richland Hills, TX 76180**
**Telephone: (817) 916-4710**
**Facsimile: (817) 916-4770**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   BRINDA SHED                                      Case No: 17-43898-MXM

                   Debtor

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND**
**PLAN MODIFICATION (IF REQUIRED)**

**NOTICE**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT U.S. COURTHOUSE, 10TH & LAMAR ST., ROOM 147, FORT WORTH, TEXAS, 76102, BEFORE CLOSE OF BUSINESS ON MAY 25, 2018, WHICH IS AT LEAST 30 DAYS FROM THE DATE OF SERVICE HEREOF.**

**PRIOR TO THE DATE AND TIME SET FORTH ABOVE, ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON:**

**DEBTOR:**              BRINDA SHED, 8209 Summer Stream Dr 9100 Poynter R, Fort Worth, TX 76134
**DEBTOR'S ATTORNEY:**   SIMS LAW PLLC, 5601 BRIDGE ST SUITE 300, FORT WORTH, TX 76112
**TRUSTEE:**             TRUSTEE'S OFFICE, 7001 Blvd 26, Ste 150, North Richland Hills, TX 76180

**IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO RESPONSE IS FILED AND/OR NO HEARING IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED UPOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN. FILING A WRITTEN RESPONSE SHALL BE CONSIDERED A REQUEST FOR HEARING.**

**RELIEF REQUESTED**

The Trustee files the following Recommendation Concerning Claims and Plan Modification (If Required) and would show the Court the following:

I.

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS NOT FILED**

The following creditors were scheduled by the Debtor. No Proof of Claim has been filed by them or on their behalf as required by Bankruptcy Rule 3002(a). The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. **Therefore, these creditors will not receive disbursements from the Trustee:**

| **T'EE #** | **CREDITOR'S NAME** | **SCHED CLASS** | **SCHED AMOUNT** |
|---|---|---|---|

(cont'd.)

| T'EE # | CREDITOR'S NAME | SCHED CLASS | SCHED AMOUNT |
|---|---|---|---|
| 7 | AD ASTRA RECOVERY | UNSECURED | $1,391.00 |
| 8 | ADT SECURITY | UNSECURED | $114.72 |
| 9 | ADVANCE AMERICA | UNSECURED | $1,400.00 |
| 12 | COMENITY BANK/AVENUE | UNSECURED | $130.00 |
| 13 | CREDIT ONE BANK NA | UNSECURED | $669.00 |
| 14 | CREDIT SYSTEMS INTERNATIONAL, INC | UNSECURED | $581.00 |
| 16 | MAIN FINANCE SERVICE | UNSECURED | $870.00 |
| 18 | NORTH AMERICAN CREDIT SERVICES | UNSECURED | $100.00 |
| 19 | ONEMAIN | UNSECURED | $1,382.00 |
| 20 | POWER FINANCE | UNSECURED | $542.56 |
| 21 | PRO COLLECT, INC | UNSECURED | $148.00 |
| 22 | PROFESSIONAL FINANCE CO | UNSECURED | $388.00 |
| 24 | T-MOBILE | UNSECURED | $357.35 |
| 26 | TELECHECK SERVICES, INC. | UNSECURED | $900.00 |
| 27 | UNITED REVENUE CORP | UNSECURED | $200.00 |

II.

### TRUSTEE'S RECOMMENDATIONS CONCERNING FILED CLAIMS

**UNLESS AN OBJECTION IS TIMELY FILED AS TO THE AMOUNT OR CLASSIFICATION OF ANY CLAIM LISTED BELOW, THAT CLAIM WILL BE PAID AS DESCRIBED HEREIN AND SUCH AMOUNT AND CLASSIFICATION WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT.** (NOTE: Value of collateral, treatment under the Plan and interest rate were determined at Confirmation. "Interest Rate" and "Treatment" are shown below for information only.)

| CLAIM# | CURRENT MORTGAGE PAYMENTS | COLLATERAL | CLAIM | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|
| 8 | WELLS FARGO BANK - UCI EFT | HOMESTEAD ONGOING | | | 12/01/17 - $1,211.85 |
| | | | | | 05/01/18 - $1,166.43 |

| CLAIM# | SECURED 1325(a)(9) CRD | COLLATERAL | CLAIM | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|
| 5 | MODEL FINANCE CO | 2013 CAN AM SPYDER | $4,237.87 | 18.00% | PRO RATA-TR |

| CLAIM# | SECURED CREDITORS | COLLATERAL | CLAIM | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|
| 8 | WELLS FARGO BANK - UCI EFT | HOMESTEAD ARREARS | $4,973.85 | 0.00% | PRO RATA-TR |
| 8 | WELLS FARGO BANK - UCI EFT | HOMESTEAD GAP/10/17-11/17 | $2,423.70 | 0.00% | PRO RATA-TR |
| 3 | ALLY FINANCIAL PPC | 2013 BUICK LACROSSE SEDAN | $9,800.00 | 3.00% | PRO RATA-TR |
| 13 | CONN APPLIANCE INC | HOUSHOLD GOODS | $700.00 | 0.00% | PRO RATA-TR |
| 2 | TARRANT COUNTY TAX COLLECTOR | HOMESTEAD/17 | $1,743.68 | 0.00% | DIRECT-DR |
| 9 | RON WRIGHT, TARRANT COUNTY TAX CO | 912/HOMESTEAD/17 | $1,643.01 | | DIRECT-DR |

| CLAIM# | UNSECURED | CLAIM | COMMENT |
|---|---|---|---|
| 10 | BROOKWOOD LOANS OF TEXAS LLC | $940.79 | LOAN |
| 11 | PRA RECEIVABLES MGMT, LLC | $885.11 | CAPITAL ONE |
| 17 | QUANTUM3 GROUP LLC | $714.94 | FINGERHUT |
| 4 | NATIONAL CREDIT ADJUSTERS | $726.22 | CASH NET |
| 15 | QUANTUM3 GROUP LLC | $808.86 | WALMART/SYNCHRONY BANK |

**(cont'd.)**

| CLAIM# | UNSECURED | CLAIM | COMMENT |
|---|---|---|---|
| 16 | TD BANK USA NA | $583.32 | TARGET |
| 14 | US DEPT OF EDUCATION | $241,813.75 | STUDENT LOAN |
| 1 | TEXAS WORKFORCE COMMISSION | $8,224.00 | OVERPAYMENT |
| 6 | CHECK INTO CASH | $629.09 | LOAN |
| 7 | QUANTUM3 GROUP LLC | $201.03 | ACE CASH EXPRESS |
| 12 | LEVEL FINANCIAL LLC | $974.90 | RISE |
| 3 | ALLY FINANCIAL PPC | $8,016.19 | Split Claim 2013 BUICK LACROSSE SEDAN |
| 13 | CONN APPLIANCE INC | $614.83 | Split Claim HOUSHOLD GOODS |

### III.

### PLAN MODIFICATION

**Excess Base Amount**

Pursuant to the Order Confirming Chapter 13 Plan previously entered in this case and any subsequent orders modifying the Chapter 13 Plan after confirmation, to the extent the Base Amount exceeds the amount needed to pay all allowed Secured, Priority, and Administrative Claims, unless otherwise provided by a Debtor Modification or order of the Court, such excess shall be paid pro-rata, after payment of the Trustee's fee, to timely filed, allowed, non-penalty, general unsecured claims up to 100%, then to late filed, allowed, non-penalty, unsecured claims up to 100%, then to penalty unsecured claims up to 100%, with any remaining balance refunded to the Debtor. The Unsecured Creditors' Pool will be adjusted accordingly.

**No Other Modification Needed**

Respectfully submitted,
Office of the Chapter 13 Trustee, Fort Worth

/s/ Pam Bassel

Pam Bassel, Trustee
State Bar # 01344800

Dated: April 13, 2018